

# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-24-00004-CV

EMPLOYEES RETIREMENT SYSTEM OF TEXAS, Appellant

V.

ROBIN STAPLES, Appellee

Today the Court heard Appellant's motion to dismiss. Having considered the motion, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by the party bearing the same.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered December 19, 2024.

Panel Consists of Justices Chief Justice Brister and Justices Field and Farris.
Opinion delivered by PER CURIAM